UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>BERLIN BOARD OF EDUCATION, DENISE PARSONS, and BRIAN BENIGNI, the individuals being named in their personal and official capacities,<br><br>    Defendants. | Civil Action No.: 21-cv-427 |

## PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM AND TO SEAL DECLARATION OF JANE DOE IN SUPPORT

Plaintiff Jane Doe ("Plaintiff") respectfully moves this Court for an order (i) permitting her to proceed herein under the pseudonym "Jane Doe"; and (ii) sealing her declaration, sworn to March 26, 2021, submitted in support hereof ("Doe Declaration"). Good cause for the relief requested is set forth in the memorandum of law in support, submitted herewith, and the Doe Declaration, submitted *under seal* herewith.

Dated: March 26, 2021
       Madison, Connecticut

                                              Respectfully submitted,

                                              JANE DOE,
                                              PLAINTIFF

                                              By: _____
                                              Patrick J. Sweeney (ct23415)
                                              SWEENEY LAW FIRM
                                              77 Wall Street, Suite 1-W
                                              Madison, Connecticut 06443
                                              Tel.: (203) 244-9522
                                              Fax: (203) 244-9533
                                              Email: pjs@sweeney-law.com